| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2007** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>TRAXLER, Jr., William B | 2. Court or Organization<br><br>U.S.C.A. Fourth Circuit | 3. Date of Report<br><br>05/09/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>P. O. Box 10127<br>Greenville, SC 29603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 4: 45 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of S.C. Circuit Judge Retirement benefit | $ 66563 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Greenville TEC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/09/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Greenville County, S.C. | | None | L | S | | | | | |
| 2. (2) Leon County, Fla. | | None | M | W | | | | | |
| 3. (3) Leon County, Fla., 1/5 interest | | None | K | W | | | | | |
| 4. Sonoco stock (common) | A | Dividend | J | T | | | | | |
| 5. American Landlease stock (common) | A | Dividend | J | T | Distr | 2/8 | J | A | |
| 6. Palmetto Bank | A | Interest | K | T | | | | | |
| 7. Washington Mutual Investors Fund IRA | A | Dividend | K | T | | | | | |
| 8. Wendy's International, Inc. stock (common) | A | Dividend | J | T | | | | | |
| 9. Motorola stock (common) | A | Dividend | J | T | | | | | |
| 10. McDonalds stock (common) | A | Dividend | J | T | | | | | |
| 11. Kellogg's stock (common) | A | Dividend | J | T | | | | | |
| 12. RPM stock (common) | A | Dividend | J | T | | | | | |
| 13. Sun Trust stock (common)` | A | Dividend | J | T | | | | | |
| 14. Trust #1 | E | Distribution | K | T | | | | | |
| 15. --Wachovia National Bank accounts | | | | | | | | | |
| 16. --Greenville County, SC | | | | | | | | | |
| 17. --Putnam Tax Free mutual fund | | | | | Distr | 2/8 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --SCANA stock (common) | | | | | Distr | 2/8 | J | A | |
| 19. --Solutia stock (common) | | | | | | | | | |
| 20. --American Landlease stock (common) | | | | | Distr | 2/8 | J | A | |
| 21. --Pfizer stock (common) | | | | | Distr | 2/8 | J | A | |
| 22. --UBS Bank USA | | | | | Distr | 2/12 | J | A | |
| 23. --Wachovia National Bank stock (preferred) | | | | | Distr | 2/8 | J | | |
| 24. --Monsanto stock (common) | | | | | Distr | 2/8 | J | A | |
| 25. --Carolina First Bank accounts | | | | | | | | | |
| 26. Carolina First Bank accounts | A | Interest | K | T | | | | | |
| 27. Vanguard Growth & Income Portolio | A | Dividend | J | T | | | | | |
| 28. Growth Fund of America IRA | A | Dividend | K | T | | | | | |
| 29. New Perspective Fund IRA | A | Dividend | K | T | | | | | |
| 30. First Citizens Bank accounts | E | Interest | N | T | | | | | |
| 31. General Electric stock (common) | A | Dividend | | | Sell | 9/21 | J | | |
| 32. AMEX SPDR Index stock (common) | A | Dividend | | | Sell | 9/21 | J | | |
| 33. Ameritrade IRA | A | Dividend | J | T | | | | | |
| 34. --Silicon Graphics stock (common) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period — (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period — (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period — (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --MIPS Technologies stock (common) | | | | | | | | | |
| 36. --Honeywell stock (common) | | | | | | | | | |
| 37. --Applied Materials stock (common) | | | | | | | | | |
| 38. --Texas Instrument stock (common) | | | | | | | | | |
| 39. Greenville First Bank accounts | B | Interest | L | T | | | | | |
| 40. Honeywell stock (common) | A | Dividend | J | T | | | | | |
| 41. BB&T stock (common) | A | Dividend | J | T | | | | | |
| 42. Affinity Technologies Group stock (common) | | None | J | T | | | | | |
| 43. Wachovia stock (common) | B | Dividend | | | Sell | 9/24 | K | D | |
| 44. Microsoft stock (common) | A | Dividend | | | Sell | 9/21 | J | | |
| 45. Home Depot stock (common) | A | Dividend | J | T | | | | | |
| 46. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 47. South Financial stock (common) | A | Dividend | | | Sell | 9/24 | K | A | |
| 48. Liberty Life -- whole life insurance policies | A | Interest | J | T | | | | | |
| 49. Protective Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 50. Jefferson National Life -- whole life insurance policy | A | Interest | J | T | | | | | |
| 51. Conagra stock (common) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/09/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Piedmont Natural Gas stock (common) | A | Dividend | J | T | | | | | |
| 53. Regions Financial Corp. stock (common) | A | Dividend | J | T | | | | | |
| 54. Jefferson County, Florida 1/4 interest | A | Rent | N | W | | | | | |
| 55. South Carolina Bank & Trust accounts | D | Interest | M | T | | | | | |
| 56. Independence Bank account | D | Interest | M | T | | | | | |
| 57. Monsanto stock (common) | A | Dividend | J | T | Distr | 2/8 | J | | |
| 58. Pfizer stock (common) | A | Dividend | J | T | Distr | 2/8 | J | | |
| 59. Hilliard Lyons Govt. Fund Inc. | A | Interest | J | T | Buy | 3/3 | J | | |
| 60. Putnam Tax Free Mutual Fund | A | Interest | J | T | Distr | 2/8 | J | | |
| 61. Wachovia National Bank stock (preferred) | | None | | | Distr | 2/8 | J | | |
| 62. | | | | | Sell | 9/24 | J | A | |
| 63. SCANA stock (common) | A | Dividend | J | T | Distr | 2/8 | J | | |
| 64. First Savers Bank accounts | C | Interest | M | T | Open | 2/27 | L | | |
| 65. Southern First Bank accounts | C | Interest | L | T | Open | 8/8 | L | | |
| 66. Savannah River Bank account | A | Interest | L | T | Open | 10/6 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/09/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In Parts II and III.A.1 -- I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May I, 2003.

In Part VII, #1--Greenville County, SC, total taxable value is $68,085.00.

In Part VII, #14--I receive a proportionate distribution of income and corpus annually.

In Part VII, #17, 18, 20, 21, 23, and 24 reflect distributions of stock to me from the trust. The receipt of these distributions is shown in items #60, 63, 5, 58, 61 and 57 respectively.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544